AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No: 2:21cr344-RAH-2 |
| Nettisia Mitchell | ) | USM No: 79698-509 |
| | ) | |
| Date of Original Judgment: 09/06/2022 | ) | |
| Date of Previous Amended Judgment: | ) | Thomas M. Goggans |
| *(Use Date of Last Amended Judgment if Any)* | ) | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☑DENIED.   ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The defendant received a sentence of 120 months pursuant to a variance. She is not due relief under Part A of Amendment 821 as the sentence she received is less than the minimum of the amended guideline range of 135 to 168 months. According to USSG §1B1.10(b)(2)(A)-(B), the court shall not reduce the defendant's term of imprisonment under 18 U.S.C. §3582(c)(2) to a term that is less than the minimum of the amended guideline range but for a motion for substantial assistance.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 03/14/2024

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

R. Austin Huffaker, Jr., U.S. District Judge
*Printed name and title*